**Order entered March 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00760-CR

**MARCUS DEWAYNE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F16-75985-I**

## ORDER

Before the Court is the State's March 5, 2019 second motion to extend the time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before **April 4, 2019**. If the State's brief is not filed by April 4, 2019, this appeal may be submitted without the State's brief.

/s/     LANA MYERS
        JUSTICE